**Opinion issued February 21, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

### NO. 01-18-00113-CV

————————————

## STAMPEDE TX ENERGY, LLC, F/K/A STAMPEDE ENERGY, LLC, AND BALLENGEE INTERESTS, LLC, Appellants

### V.

## BRIDGETEX PIPELINE COMPANY, LLC, Appellee

---

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-57036**

---

## MEMORANDUM OPINION

The parties have filed a joint motion to dismiss the appeal. They represent that they have reached an agreement to settle this matter and request that we (1) enter an order vacating the trial court's final judgment dated November 14,

2017; (2) dismiss this appeal as moot, with any costs to be taxed according to the applicable rules of this Court; and (3) enter an order remanding the case to the trial court with direction to the trial court to enter the agreed judgment as soon as practicable, or for further disposition consistent with the parties' settlement agreement. We interpret the parties' motion as a motion to set aside the trial court's judgment and remand the case. *See* TEX. R. APP. P. 42.1(a)(2)(B).

Accordingly, we grant the motion, set aside the trial court's judgment without regard to the merits, and remand this cause to the trial court for rendition of judgment in accordance with the parties' agreement. *See id.*

The Clerk is directed to issue the mandate within 10 days of the date of this opinion. *See* TEX. R. APP. P. 18.1.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.